**Order filed, January 10, 2018.**



In The

# Court of Appeals
### For The
## First District of Texas
_____

NO. 01-17-00593-CV

**CHRISTINE E. REULE, Appellant**

**V.**

**SHERWOOD VALLEY 1 COUNSEL OF HOMEOWNERS, INC., GEORGE HENRY RAMSEY, III, TERRY A. FRAZEE AND DANIEL GOLDBERG,**
Appellee

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case   2016-37895**

## ORDER

The reporter's record in this case was due 12/21/2017.  *See* Tex. R. App. P. 35.1. On 11/21/2017, this court ordered the court reporter to file reporter's records of any trial hearings held on March 13, 2017, or April 27, 2017 within 30 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Michelle Tucker, the official (or substitute) court reporter, to file the record of any trial hearings held on March 13, 2017, or April 27, 2017 in this appeal, if any, **within 30 days** of the date of this order.

No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM